**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                     **CASE NO.: 1:05-CR-001-SPM**

**MAJOR PARKER III,**

      **Defendant.**

_____/

**ORDER CONTINUING SENTENCING**

      **THIS CAUSE** comes before the Court upon "Defendant Parker's Unopposed Motion to Continue Sentencing and Extending [sic] Time for Filing of Objections to Presentence Report" (doc. 70) filed June 14, 2005.  Defendant requests a continuance until after codefendant Moise's trial in September of 2005 in order to facilitate Defendant's cooperation with the Government.  Defendant also requests an extension of time in which to file objections to the PSR, which were due on the day the instant motion was filed.

      The Government does not object to the granting of the motion or the length of the continuance requested.  For good cause shown, it is

      **ORDERED AND ADJUDGED** as follows:

      1.      The motion (doc. 70) is hereby *granted*.

      2.      Sentencing is reset for ***Tuesday, October 11, 2005*** at ***1:30pm*** at

the United States Courthouse in Gainesville, Florida.

3.     Objections to the PSR shall be filed on or before **September 12, 2005**.

**DONE AND ORDERED** this <u>sixteenth</u> day of June, 2005.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge

/pao