IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                                    CASE NO.: 1:05-CR-001-SPM

**MAJOR PARKER III,**

   Defendant.
_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Unopposed Motion to Continue Sentencing" (doc. 95) filed September 12, 2005. The Government requests a continuance until after codefendant Edgar Johnson's trial in October of 2005 in order to permit Defendant to testify as a witness.

Defendant does not object to the granting of the motion. For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1.   The motion (doc. 95) is hereby *granted*.

2.   Sentencing is reset for **Monday, November 14, 2005** at *1:30pm* at

the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>fifteenth</u> day of September, 2005.

     *s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao