IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                      CASE NO.: 1:05-CR-001-SPM

**MAJOR PARKER III,**

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Unopposed Motion to Continue Sentencing" (doc. 109) filed October 20, 2005. Defendant requests a continuance until after codefendant Johnson's trial in November of 2005 in order to facilitate Defendant's cooperation with the Government.

The Government does not object to the granting of the motion or the length of the continuance requested. For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion (doc. 109) is hereby *granted*.

2.    Sentencing is reset for **Monday, December 12, 2005** at **1:30pm** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>thirtieth</u> day of October, 2005.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge

/pao