IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                              CASE NO.: 1:05-CR-001-SPM

**MAJOR PARKER III,**

    Defendant.

_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Unopposed Motion to Continue Sentencing" (doc. 116) filed November 30, 2005.  The Government requests a continuance until after codefendant Edgar Johnson's trial in December of 2005 in order to permit Defendant to testify as a witness.

Defendant does not object to the granting of the motion.  For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion (doc. 116) is hereby *granted*.

2.     Sentencing is reset for **Monday, January 9, 2006** at **1:30pm** at

the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>first</u> day of December, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao