IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                     **CASE NO.: 1:05-CR-001-SPM**

**MAJOR PARKER III,**

    Defendant.

_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Motion to Continue Sentencing" (doc. 142) filed December 30, 2005, in which Defendant requests a 30-day continuance in order to gather character witnesses and prepare for the sentencing presentation. The Government does not object to the granting of the motion.

For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion (doc. 142) is hereby *granted*.

2.    Sentencing is reset for **Thursday, February 2, 2006** at **10:00am** at

the United States Courthouse in Gainesville, Florida.

3.     One hour has been reserved for the hearing.

**DONE AND ORDERED** this <u>third</u> day of January, 2006.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge

/pao